UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANIEL WARMENHOVEN,

           Plaintiff - Appellant,

 v.

NETAPP, INC. and NETAPP EXECUTIVE MEDICAL RETIREMENT PLAN,

           Defendants - Appellees.

No. 19-16960

D.C. No. 5:17-cv-02990-BLF
U.S. District Court for Northern California, San Jose

**ORDER**

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Anthony Kurosh Molavi
Deputy Clerk
Ninth Circuit Rule 27-7