UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 05 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL WARMENHOVEN,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>NETAPP, INC. and NETAPP EXECUTIVE MEDICAL RETIREMENT PLAN,<br><br>    Defendants - Appellees. | No. 19-16960<br><br>D.C. No. 5:17-cv-02990-BLF<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

  The judgment of this Court, entered September 13, 2021, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

              FOR THE COURT:

              MOLLY C. DWYER
              CLERK OF COURT

              By: Rebecca Lopez
              Deputy Clerk
              Ninth Circuit Rule 27-7